THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas limited liability company doing business as CONIFER HEALTH SOLUTIONS LLC AND CONIFER HEALTH,<br><br>Defendants | NO. 2:23-cv-01790 BJR<br><br>**STIPULATED MOTION AND REQUEST TO STAY AND ORDER** |

Plaintiff Shannon Spencer ("Plaintiff") and Defendant Conifer Revenue Cycle Solutions, LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Stipulated Motion and Request to Stay.

After fully briefing Defendant's Motion to Dismiss (Dkt. 7), the Parties conferred regarding alternative dispute resolution and agreed to mediation. Mediation is scheduled for May 23, 2024 with mediator Clifford Freed of Washington Arbitration and Mediation Services. As a result, the Parties request a stay of this action including further litigation, motions practice, related case deadlines, and any decision by the Court on Defendant's pending Motion to Dismiss, until after mediation.

STIPULATED MOTION AND REQUEST TO STAY AND ORDER (2:23-cv-01790-BJR)
–1

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1  The parties agree to submit a Joint Status Report by May 29, 2024, apprising the Court
2  of the outcome of mediation and any resolution.
3  WHEREFORE, the Parties respectfully request that the Court grant this Stipulated
4  Motion and Request to Stay.

7  Respectfully submitted this 18th day of March, 2024.

| | |
|---|---|
| By: */s/ Timothy W. Emery* <br> By: */s/ Patrick B. Reddy* <br> By: */s/ Paul Cipriani* <br> Timothy W. Emery, WSBA #34078 <br> Patrick B. Reddy, WSBA #94092 <br> Paul Cipriani, WSBA # 59991 <br> EMERY REDDY, PLLC <br> 600 Stewart St., Suite 1100 <br> Seattle, WA 98101 <br> Telephone: (206) 442-9106 <br> Facsimile: (206) 441-9711 <br> emeryt@emeryreddy.com <br> *Attorneys for Plaintiff* | By: */s/ Adam T. Pankratz* <br> Adam T. Pankratz, WSBA #50951 <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 1201 Third Avenue, Suite 5150 <br> Seattle, WA 98101 <br> Telephone: (206) 693-7057 <br> Facsimile: (206) 693-7058 <br> Email: adam.pankratz@ogletree.com <br><br> By: */s/ Mathew A. Parker* <br> Mathew A. Parker, (*appearing pro hac vice*) <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C <br> The KeyBank Building <br> 88 East Broad Street, Suite 2025 <br> Columbus, OH 43215 <br> Telephone: (614) 494-0420 <br> Facsimile: (614) 633-1455 <br> Email: mathew.parker@ogletree.com <br> *Attorneys for Defendant* |

STIPULATED MOTION AND REQUEST TO STAY
AND ORDER (2:23-cv-01790-BJR)
–2

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## ORDER

Upon consideration of the Parties' Stipulated Motion and Request to Stay, the Court finds that good cause exists to stay this action until May 30, 2024 after mediation, and it is hereby **ORDERED** that this Motion is **GRANTED.**

It is **FURTHER ORDERED** that Parties shall file a Joint Status Report by May 29, 2024 apprising the court of any resolution.

DATED this 18th day of March, 2024

_____
HONORABLE BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE