The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHANNON SPENCER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas limited liability company doing business as CONIFER HEALTH SOLUTIONS LLC AND CONIFER HEALTH,<br><br>　　　　　　　　　Defendant. | No. 2:23-cv-01790-BJR<br><br>**STIPULATED MOTION TO REMAND AND ORDER** |

Plaintiff Shannon Spencer ("Plaintiff") and Defendant Conifer Revenue Cycle Solutions ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, submit this Stipulated Motion to Remand and Proposed Order.

The Parties mediated this action with Clifford Freed of Washington Arbitration and Mediation Services on May 23, 2024. The Parties agreed to settle the action and executed a CR 2A Agreement outlining the settlement terms. One such settlement term is remand to state court. As such, the Parties respectfully request that this action be remanded to King County Superior Court for completion of a class-wide settlement.

STIPULATED MOTION TO REMAND AND ORDER – 1

No. 2:23-cv-01790-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

1 | Respectfully submitted this 30th day of May, 2024.

2

3 | EMERY REDDY, PLLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4

By: */s/ Timothy W. Emery*
5 | By: */s/ Patrick B. Reddy*

By: */s/ Adam T. Pankratz*
Adam T. Pankratz, WSBA #50951

By: */s/ Paul Cipriani*
6 | Timothy W. Emery, WSBA #34078

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150

7 | Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991

Seattle, WA 98101
Telephone: (206) 693-7057

8 | EMERY REDDY, PLLC
600 Stewart St., Suite 1100

Facsimile: (206) 693-7058

9 | Seattle, WA 98101
Telephone: (206) 442-9106

Email: adam.pankratz@ogletree.com

10 | Facsimile: (206) 441-9711

Mathew A. Parker (*appearing pro hac vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

11 | Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com

The KeyBank Building
88 East Broad Street, Suite 2025

12 | Email: paul@emeryreddy.com
*Attorneys for Plaintiff*

Columbus, OH 43215
Telephone: (614) 494-0420

13 | 

Facsimile: (614) 633-1455

14 | 

Email: mathew.parker@ogletree.com
*Attorneys for Defendant*

15 | 

16 | 

I certify that this memorandum contains less than 15 pages, in compliance with the Court's Standing Order.

17 | 

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO REMAND AND ORDER – 2

No. 2:23-cv-01790-BJR

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## ORDER

Upon consideration of the Parties' Stipulated Motion to Remand, the Court finds that good cause exists to remand this action to King County Superior Court. It is hereby ORDERED, ADJUDGED, and DECREED that this Motion is GRANTED and that this action be remanded to King County Superior Court.

DATED this 31st day of May 2024.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO REMAND AND ORDER – 3

No. 2:23-cv-01790-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Adam T. Pankratz, WSBA No. 50951
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Email: adam.pankratz@ogletree.com

Mathew A. Parker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
88 East Broad Street, Suite 2025
Columbus, OH 43215
Email: mathew.parker@ogletree.com

*Attorneys for Defendant*

                             *s/ Jennifer Chong*
                             Jennifer Chong, Legal Assistant

STIPULATED MOTION TO REMAND AND ORDER – 4

No. 2:23-cv-01790-BJR

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711